# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. FAGAN,<br><br>    Petitioner,<br><br>v.<br><br>R. GROUNDS, Warden,<br><br>    Respondent. | Case No. 1:12-cv-01681-SKO  HC<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE LODGED RECORD |

    Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

    Among Petitioner's grounds for seeking habeas corpus relief is the insufficiency of the evidence to support the trial court's determination that Petitioner be involuntarily medicated. Because the trial court made its decision with reference to the reports of various mental health professionals and because the California appellate courts reviewed the trial court's decision in light of those reports, this Court needs to review those opinions to consider Petitioner's grounds fully.

    According to Respondent, the trial record included the following mental health evaluations: (1) two sealed reports of Thomas Middleton, Ph.D.; (2) sealed report of Kathe Lundgren, Ph.D.; (3) sealed report of Carol Hendrix, Ph.D.; (4) sealed report of Eugene Couture, Ph.D.; (5) sealed report of Robert Sincoff, M.D.; (6) sealed memorandum from Salinas Valley Psychiatric Program to Kern County Superior Court; (7) sealed report of Akira Suzuki, Ph.D.; and (8) sealed certification of

1 restoration to competency.  Doc. 13 at 3-4.  Although review of this evidence is necessary to
2 evaluate Petitioner's claims, Respondent did not include these eight reports in the trial record filed
3 with this Court.  Doc. 13 at 4.

4      Accordingly, the Court hereby DIRECTS the Respondent to supplement the state record in
5 the above-captioned matter, lodged in paper on May 14, 2013, with the eight mental health reports
6 listed above.  Respondent shall file the requested supplemental materials no later than thirty (30)
7 days from the date of this order.  Respondent may move to file these documents under seal pursuant
8 to Local Rule 141.

IT IS SO ORDERED.

Dated: **July 2, 2015**                         /s/ **Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE