# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD H. FAGAN,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**R. GROUNDS,**<br><br>　　　　　　　　　　Respondent. | Case No. 1:12-cv-01681-SKO   HC<br><br>**ORDER SEALING DOCUMENTS**<br><br>(Docs. 17 & 18) |

　　　Pursuant to Local Rule 141, the Court hereby ORDERS that the following documents shall be sealed:  (1) report by Thomas Middleton, Ph.D., dated April 8, 2007; (2) report by Thomas Middleton, Ph.D., dated May 27, 2008; (3) report by Kathe Lundgren, Ed.D.; (4) report by Carol Hendrix, Ph.D.; (5) report by Eugene Couture, Ph.D.; (6) report by Robert Sincoff, M.D.; (7) memorandum from Salinas Valley Psychiatric Program to Kern County Superior Court; (8) report by Akira Suzuki, Ph.D.; and (9) certification of restoration of competency.

IT IS SO ORDERED.

　　　Dated:   **July 20, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE