# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. FAGAN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>R. GROUNDS, Warden,<br><br>　　　　　　　Respondent. | Case No. 1:12-cv-01681-SKO  HC<br><br>ORDER DENYING REQUEST<br>FOR EVIDENTIARY HEARING<br><br>(Doc. 16) |

　　　In his traverse (Doc. 16), Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254,[1] moved for an evidentiary hearing.

　　　In habeas proceedings, "an evidentiary hearing is not required on issues that can be resolved by reference to the state court record." *Totten v. Merkle*, 137 F.3d 1172, 1176 (9th Cir. 1998).  "It is axiomatic that when issues can be resolved with reference to the state court record, an evidentiary hearing becomes nothing more than a futile exercise." *Id.* at 1176.  Here, all of Petitioner's claims can be resolved by reference to the state court record.

　　　Accordingly, the Court hereby DENIES the motion for an evidentiary hearing.

IT IS SO ORDERED.

　Dated:　**August 7, 2015**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1